**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
Tyler R. Johnson, California Bar No. 246235
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
Email:    reboone@bryancave.com
          tyler.johnson@bryancave.com

**PERKINS COIE LLP**
Ronald A. McIntire, California Bar No. 127407
Bo W. Kim, California Bar No. 217394
1620 26th Street
Sixth Floor, South Tower
Santa Monica, California 90404-4013
Telephone:  (310) 788-9900
Facsimile:  (310) 788-3399
Email:    rmcintire@perkinscoie.com
          bkim@perkinscoie.com

Attorneys For Defendant
THE BOEING COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANBORN and CECILIA A. SANBORN,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION, LTD., et al,<br><br>Defendants. | Case No. CV-08-05260 (PJH)<br><br>[Assigned to Hon. Phyllis J. Hamilton]<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS THE BOEING COMPANY, UNITED TECHNOLOGIES CORPORATION, AND PRATT & WHITNEY ENGINE SERVICES, INC. WITH PREJUDICE AND REMAND ACTION TO STATE COURT; [~~PROPOSED~~] ORDER**<br><br>[Local Civil Rules 7-1, 7-12; FRCP 41] |

SM01DOCS718391.1

Come now Plaintiffs David Sanborn and Cecilia A. Sanborn ("Plaintiffs") and Defendants The Boeing Company, United Technologies Corporation, and Pratt & Whitney Engine Services, Inc., who file the following joint stipulation pursuant to Northern District Civil Local Rules 7-1 and 7-12.

WHEREAS, Plaintiffs have sued The Boeing Company, individually and as successor-in-interest to Boeing North American, Rockwell International, North American Aviation, Inc., Rocketdyne, Douglas Aircraft Company, and McDonnell Douglas Corporation (collectively, "Boeing");

WHEREAS, Plaintiffs have sued United Technologies Corporation ("UTC") and Pratt & Whitney Engine Services, Inc. ("PWES");

WHEREAS, Boeing removed this action to the United States District Court for the Northern District of California on November 20, 2008, on the grounds that this Court has "federal officer" subject matter jurisdiction under 28 U.S.C. § 1442(a) based on Plaintiff David Sanborn's allegations that his injury was caused by products designed and manufactured by Boeing under the direct supervision and control of the United States Government;

WHEREAS, UTC removed this action to the United States District Court for the Northern District of California on November 21, 2008, on the grounds that this Court has "federal officer" subject matter jurisdiction under 28 U.S.C. § 1442(a) based on Plaintiff David Sanborn's allegations that his injury was caused by products designed and manufactured by UTC under the direct supervision and control of the United States Government;

WHEREAS, Plaintiffs, Boeing, UTC, and PWES have now reached an agreement whereby all of Plaintiffs' claims against Boeing, UTC, and PWES are, by this stipulation, to be dismissed with prejudice, each side to bear their own fees and costs;

WHEREAS, upon their dismissal, Boeing and UTC's desire for a federal forum in this action will be moot so that the action may be remanded back to state court, as Plaintiffs desire; and

WHEREAS, Plaintiffs' willingness to stipulate to the dismissal with prejudice of this

action against Boeing, UTC, and PWES is conditioned upon the remand of this case in its entirety to the Superior Court of the State of California, County of Alameda; and the willingness of Boeing, UTC, and PWES to stipulate to the remand of this action to state court is conditioned upon the dismissal with prejudice of all of Plaintiffs' claims against them.

IT IS HEREBY STIPULATED among Plaintiffs, Boeing, UTC, and PWES that this action and all claims related thereto by Plaintiffs as against Boeing and as against UTC and as against PWES shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

IT IS FURTHER STIPULATED among Plaintiffs, Boeing, and UTC that, upon the dismissal of Boeing and UTC, this action shall be and hereby is remanded to the Superior Court of the State of California for the County of Alameda, where it was originally filed and from which it was removed.

Dated: February 4, 2009

**PAUL & HANLEY LLP**
JOSEPH L. URBANSKI
DEBORAH R. ROSENTHAL

By: _____
Deborah R. Rosenthal
Attorneys for Plaintiffs
DAVID SANBORN and CECILIA A. SANBORN

Dated: February 4, 2009

**BRYAN CAVE LLP**
ROBERT E. BOONE III
TYLER R. JOHNSON

**PERKINS COIE LLP**
RONALD A. MCINTIRE
BO W. KIM

By: _____
Tyler R. Johnson
Attorneys for Defendant
THE BOEING COMPANY

SM01DOCS718391.1

3

JOINT STIPULATION TO DISMISS BOEING, UTC, AND PWES AND REMAND TO STATE COURT; [PROPOSED ORDER]

| | | |
|---|---|---|
| 1 | Dated: February 5, 2009 | **TUCKER ELLIS & WEST LLP**<br>LANCE D. WILSON |
| 2 | | TIMOTHY C. CONNOR |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Lance D. Wilson<br>Attorneys for Defendants |
| 6 | | UNITED TECHNOLOGIES<br>CORPORATION and PRATT & |
| 7 | | WHITNEY ENGINE SERVICES, INC. |

SM01DOCS718391.1

4

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. All claims by Plaintiffs against Boeing, and all claims by Plaintiffs against any successor, predecessor or alternate entity of Boeing named in Plaintiffs' Complaint, including Boeing North American, Rockwell International, North American Aviation, Inc., Rocketdyne, Douglas Aircraft Company, and McDonnell Douglas Corporation, shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

IT IS FURTHER ORDERED that all claims by Plaintiffs against UTC, and all claims by Plaintiffs against any successor, predecessor or alternate entity of UTC named in Plaintiffs' Complaint, including Pratt & Whitney Engine Services, Inc., shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

IT IS FURTHER ORDERED that this action is remanded to the Superior Court of the State of California for the County of Alameda, Case No. RG08412471. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of Alameda.

Dated: February 6, 2009         By: _____
                                   Hon. Phyllis J. Hamilton
                                   United S[...]



IT IS SO ORDERED
Judge Phyllis J. Hamilton

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, California 90401. My email address is ddkinder@bryancave.com.

On February 5, 2009, I efiled the foregoing document, described as **JOINT STIPULATION TO DISMISS DEFENDANTS THE BOEING COMPANY, UNITED TECHNOLOGIES CORPORATION, AND PRATT & WHITNEY ENGINE SERVICES, INC. WITH PREJUDICE AND REMAND ACTION TO STATE COURT; [PROPOSED] ORDER**, through the United Sates District Court Northern District of California Electronic Case File system; <u>Per General Order No. 45; Section 9 - Service of Electronic Filed Documents</u>: Upon the filing of a document by a party, an e-mail message will be automatically generated by the electronic filing system and sent to all parties in the case. Receipt of this message shall constitute service on the receiving party.

Executed on February 5, 2009, at Santa Monica, California.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/   Diane Kinder
Diane Kinder

SM01DOCS718391.1

6

JOINT STIPULATION TO DISMISS BOEING, UTC,
AND PWES AND REMAND TO STATE COURT;
[PROPOSED ORDER]